No. 403. FREEDMAN v. DONOVAN & SCHUENKE ET AL. C. A. 9th Cir. Certiorari denied. *Charles E. Taintor* for petitioner. *Benjamin W. Shipman* for respondents.

No. 406. WICHITA FALLS & SOUTHERN RAILWAY Co. v. GIFFORD. C. A. 5th Cir. Certiorari denied. *Leslie Humphrey* and *John B. Pope* for petitioner. *Phillip S. Kouri* for respondent.

No. 407. KEY ET AL. v. McDONALD. C. A. 10th Cir. Certiorari denied. *Mac Q. Williamson,* Attorney General of Oklahoma, and *Edward M. Box* and *James P. Garrett,* Assistant Attorneys General, for petitioners.

No. 408. SEMINOLE NATION v. WHITE ET AL. C. A. 10th Cir. Certiorari denied. *W. F. Semple* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States, respondent.

No. 411. TEXAS CONSTRUCTION Co. ET AL. v. UNITED STATES FOR THE USE AND BENEFIT OF CALDWELL FOUNDRY & MACHINE Co., INC. C. A. 5th Cir. Certiorari denied. *John Plath Green* for petitioners. *Hawkins Golden* and *William Burrow* for the Caldwell Foundry & Machine Co., Inc., respondent.

No. 412. HANOVER FIRE INSURANCE Co. v. HOLCOMBE. C. A. 5th Cir. Certiorari denied. *Henry N. Longley, David W. Dyer* and *Douglas D. Batchelor* for petitioner.

No. 413. CITY OF DETROIT ET AL. v. MURRAY CORPORATION ET AL. C. A. 6th Cir. Certiorari denied. *James*

*H. Lee, Philip A. McHugh* and *Albert E. Champney* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Lyle M. Turner* for the United States, respondent.

No. 414. SONKEN-GALAMBA CORP. *v.* THOMPSON, TRUSTEE. C. A. 10th Cir. Certiorari denied. *Harry L. Jacobs* and *N. E. Snyder* for petitioner. *Thos. M. Van Cleave, Jr.* for respondent.

No. 416. MURPHY, WARDEN, ET AL. *v.* UNITED STATES EX REL. CAMINITO. C. A. 2d Cir. Certiorari denied. *Jacob K. Javits,* Attorney General of New York, *James O. Moore, Jr.,* Solicitor General, *Edward S. Silver* and *William I. Siegel* for petitioners. *Maurice Edelbaum* for respondent.

No. 417. GRADY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John J. Kelly, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 418. WAITERS & WAITRESSES UNION, LOCAL 301, AFL, ET AL. *v.* SANSOM HOUSE ENTERPRISES, INC. ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Charles A. Rothman* for petitioners. *I. Herbert Rothenberg* for respondents.

No. 419. PACCIONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Maurice Edelbaum* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.